# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

July 6, 2006

## E R R A T A

**Appeal No. 05-1324**

## FALKNER V. INGLIS

Decided:  May 26, 2006                                 Precedential Opinion

Please make the following changes:

Page 13, lines 18:  change "**Falkner's**" to – **Inglis'**—

Page 13, lines 22:  change "**Inglis'**" to – **Falkner's** —